# PREMIER LEGAL SERVICES, INC.

**(718) 797-9774**
FAX: **(718) 797-9747**

26 COURT STREET, SUITE 2402
BROOKLYN, NY 11242

admin@premierlegalsvcs.com
www.premierlegalsvcs.com

Date Received: 02-13-08

## MICHAEL SMITH

Client Phone
(212) 338-0700

HOFFMAN, POLLAND & FURMAN
220 EAST 42ND STREET, STE 435
NEW YORK, NY 10017

Index # 08 CV 01477
Invoice # 08-001053

UNITED STATES DISTRICT COURT/SOUTHERN
DISTRICT OF NEW YORK
COUNTY OF

Serve By: 02-13-08

Court Date:

PLAINTIFF: *KRISTIN M. MILES*
DEFENDANT: THERESA MUELLER and KARL WILDER
RECIPIENT(S)
**THERESA MUELLER**

SUMMONS AND COMPLAINT

LOCATION **115 CENTRAL PARK WEST,
NEW YORK, NY 10023**

ALT. LOC.  4 WEST 72ND STREET, NEW YORK,
NY 10023

SERVED Date: 2/13       Time: 5:40       Serve Sec'y of State_____ Adv. Fee_____ Att. Sending_____

New Address: _____

Served On: _____ Title/Relationship _____

Desc: Sex: F  Skin Color: W  Hair Color: Bln  Approx. Age: 50  Height: 5'6  Weight: 160

**Remarks:** PICK UP DOCUMENTS FROM ATTORNEY'S OFFICE ON 2/13/08 AND SERVE BY 2/13/08.

**REASON FOR RETURN**

UNKNOWN _____   MOVED _____   NEED APARTMENT # _____
NO SUCH NUMBER _____   NO LONGER EMPLOYED _____
HELD AWAITING INSTRUCTIONS _____   OUT OF BUSINESS _____

**POSTAL SEARCH**

NO CHANGE OF ADD _____   UNKNOWN AT ADDRESS GIVEN _____
MOVED, NO FWD ADD _____   FORWARDING ORDER EXPIRED _____

**MOTOR VEHICLE SEARCH**

D.O.B. _____ VIN OR PLATE # _____

NO HIT _____   SAME ADDRESS _____   NEW ADDRESS _____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 2/13/2008 AT 15:30 HOURS |
| NAME OF SERVER (PRINT) MICHAEL SMITH | TITLE | PROCESS SERVER LIC. #847012 |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 115 CENTRAL PARK WEST NEW YORK, NY 10023

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEB 14 2008
             Date

Signature of Server

414 QUINCY STREET
BROOKLYN, NY 11221
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____  District of _____ New York

KRISTIN M. MILES

V.

THERESA MUELLER and KARL WILDER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:



08 CV 01477

TO: (Name and address of Defendant)

Theresa Mueller, DDS
115 Central Park West
New York, NY  (work) or
4 West 72nd Street
New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ronald D. Coleman, Esq.
Hoffman Polland & Furman, PLLC
220 East 42nd Street - Suite 435
New York, NY 10017

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                    FEB 1 3 2008

CLERK                                                      DATE

(By) DEPUTY CLERK