HOFFMAN POLLAND & FURMAN, PLLC
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

| | |
|---|---|
| KRISTIN M. MILES,<br><br>         Plaintiff,<br><br>- vs. –<br><br>THERESA MUELLER and KARL WILDER,<br><br>         Defendants. | CIVIL ACTION NO. 08 Civ. 1477 (RMB)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on February 13, 2008, with the filing of a summons and verified complaint, a copy of the summons and complaint was served on defendants by serving each one personally, and proof of such service thereof was filed on March 25, 2008.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the verified complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

                                **J. MICHAEL MCMAHON**
                                Clerk of the Court
                By: _____
                                Deputy Clerk