HOFFMAN POLLAND & FURMAN, PLLC
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

| | |
|---|---|
| KRISTIN M. MILES,<br><br>    Plaintiff,<br><br>- vs. –<br><br>THERESA MUELLER and KARL WILDER,<br><br>    Defendants. | CIVIL ACTION NO. _____<br><br>**MOTION FOR DEFAULT JUDGMENT** |

SIRS / MADAMS:

PLEASE TAKE NOTICE that, upon defendants' failure to answer or file in response to the Verified Complaint herein, plaintiff, Kristin M. Miles, shall move this Court on Monday, April 7, 2008, for an Order pursuant to Federal Rule of Civil Procedure 55 granting a Judgment of Default against all defendants.

Dated:    March 25, 2008
         New York, New York

                    HOFFMAN POLLAND & FURMAN, PLLC


                    By: /s/_____
                    Ronald D. Coleman (RC 3875)
                    220 East 42nd Street – Suite 435
                    New York, New York 10022
                    212-338-0700
                    Attorneys for Plaintiff
                    Kristin M. Miles

HOFFMAN POLLAND & FURMAN, PLLC
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

| | |
|---|---|
| KRISTIN M. MILES,<br><br>     Plaintiff,<br><br>- vs. –<br><br>THERESA MUELLER and KARL WILDER,<br><br>     Defendants. | CIVIL ACTION NO. 08cv1477<br><br>**ORDER OF DEFAULT** |

    This action having been commenced on February 13, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on each of the defendants by personal service on that same day; and proof of service having been filed on March 25, 2008; and the defendants not having filed an answer to the Complaint nor served an answer, and the time for answering the Complaint having expired, it is hereby

    ORDERED, ADJUDGED AND DECREED that a judgment of default is hereby entered against the defendants, and that plaintiff file her proposed form of permanent injunction and order along with her proposed findings of fact and conclusions of law as to injunctive relief, damages and any other relief provided by law, and serve the same on defendants no later than April 11, 2008; and that defendants file their opposition to the same, if any, no later than April 21, 2008; and that any reply be filed by plaintiff by April 30, 2008.

Dated: April ___, 2008
        New York, New York

                                       _____
                                       Richard M. Berman, U.S.D.J.
                                       This document was entered on the docket
                                       on _____.