HOFFMAN POLLAND & FURMAN, PLLC
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

| | |
|---|---|
| KRISTIN M. MILES,<br><br>　　　　Plaintiff,<br><br>- vs. –<br><br>THERESA MUELLER and KARL WILDER,<br><br>　　　　Defendants. | CIVIL ACTION NO. 08 Civ. 1477 (RMB)<br><br>**AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT** |

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　Ronald D. Coleman, duly affirming, deposes and says:

　　　1. I am a member of the Bar of this Court and am a member of the firm of Hoffman, Polland & Furman, PLLC, attorneys for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

　　　2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

　　　3. This is an action for trademark infringement and unfair competition under section 43(a) of the Lanham Act and New York law.

　　　4. Jurisdiction of the subject matter of this action is based on federal question jurisdiction and supplemental jurisdction.

5. This action was commenced on February 13, 2008 by the filing of the summons and verified complaint. A copy of the summons and verified complaint was served on each defendant on that same date personally. Proof of service by the Special Process Server was filed on March 25, 2008. The defendant has not answered the verified complaint and the time for the defendant to answer the verified complaint has expired.

6. This action seeks judgment for a permanent injunction against defendants enjoining their unfair competition, and for damages and attorneys' fees.

7. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

8. Neither of defendants is a minor, mentally incompetent or in the military service of the united states.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant, and the setting of a date for the submission of proposed findings of fact and conclusions of law.

Dated: New York, New York
March 25, 2008

_____
Ronald D. Coleman

Affirmed to before me this 25th
day of March, 2008.

_____
Notary Public

ILLENE S. DEUTSCHER
Notary Public, State of New York
No. 01DE4986544
Qualified in Queens County
Commission Expires Sept. 16, 2009