# HOFFMAN POLLAND & FURMAN, PLLC

Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK  10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-Law.com




MEMO ENDORSED

March 25, 2008

Conference on 4/3/08 @ 9:00 AM

SO ORDERED:
Date: 3/25/08
Richard M. Berman
Richard M. Berman, U.S.D.J.

BY FACSIMILE

Richard M. Berman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    **Miles v. Mueller**
             Case No. 08cv1477

08cv1477

Dear Judge Berman:

    We represent plaintiff in the above matter. We write regarding the status conference originally scheduled for March 20th, which we discussed with Your Honor's clerk, Andrew Bretter, considering that no answer had been filed.

    Per our discussion, we will be available for a rescheduled conference on April 3, 2008, if that suits the Court. Defendant's counsel has not yet appeared in this action, but is copied on the below correspondence.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08

Respectfully submitted,

Ronald D. Coleman

cc: Michael P. Mangan, Esq.