HOFFMAN POLLAND & FURMAN, PLLC
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

**MEMO ENDORSED**

| | |
|---|---|
| KRISTIN M. MILES,<br><br>    Plaintiff,<br><br>- vs. –<br><br>THERESA MUELLER and KARL WILDER,<br><br>    Defendants. | CIVIL ACTION NO. 08 Civ. 1477<br><br>**MOTION FOR DEFAULT JUDGMENT** |

SIRS / MADAMS:

PLEASE TAKE NOTICE that, upon defendants' failure to answer or file in response to the Verified Complaint herein, plaintiff, Kristin M. Miles, shall move this Court on Monday, April 7, 2008, for an Order pursuant to Federal Rule of Civil Procedure 55 granting a Judgment of Default against all defendants.

Dated:   March 25, 2008
         New York, New York

HOFFMAN POLLAND & FURMAN, PLLC

By: /s/
Ronald D. Coleman (RC 3875)
220 East 42nd Street – Suite 435
New York, New York 10022
212-338-0700
Attorneys for Plaintiff
Kristin M. Miles

> Motion [s?] denied as (i) NOT
> in accordance with
> Court rules + (ii) an
> answer has been filed.
> 4/3/08 @ 9:00
> Conference.
>
> SO ORDERED:
> Date: 3/26/08   Richard M. Berman
> **Richard M. Berman, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08