```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MILES,
                              Plaintiff(s),                       08 Civ. 1477 (RMB)

    -against-

MUELLER,
                              Defendant(s).
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

Plaintiff and Defendant having failed to appear before the Court on April 3, 2008 and not having advised the Court of a reason for their failure to appear, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED**.

Dated:  New York, New York
          April 3, 2008

                                            _____
                                            Hon. Richard M. Berman, U.S.D.J.