APR 03 2008

**HOFFMAN POLLAND & FURMAN, PLLC**
Attorneys At Law
220 EAST 42nd STREET, SUITE 435
NEW YORK, NEW YORK 10017
(212) 338-0700
FAX (212) 338-0093
www.HPF-Law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

MEMO ENDORSED

April 3, 2008

*[Handwritten endorsement: Conference on 4/10/08 @ 9:00 AM]*

**BY FACSIMILE**

Richard M. Berman, U.S.D.J.
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED: 4/3/08  *[signature]* Richard M. Berman
Richard M. Berman, U.S.D.J.

Re:   Miles v. Mueller
      Case No. 08cv1477

Dear Judge Berman:

We represent plaintiff in the above matter. We write regarding the status conference scheduled for April 3, 2008, which was erroneously scheduled on our internal system as April 4, 2008. I apologize for the error, and request that the Court reopen the matter and allow us to appear tomorrow morning.

Respectfully submitted,

*[signature]*

Ronald D. Coleman

cc: Michael P. Mangan, Esq.