UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
　　　　　　MILES
　　　　　　　　　　Plaintiff(s),　　　　　　　　**Case Management Plan**

　　　- v -　　　　　　　　　　　　　　　　　　08 cv. 1477 (RMB)

　　　　　　MUELLER
　　　　　　　　　　Defendant(s).
-------------------------------------------------------X

　　　　　The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)　　　Joinder of additional parties by __April 15, 2008__

(ii)　　　Amend the pleadings by __May 1, 2008__

(iii)　　　All discovery to be **expeditiously** completed by __July 30, 2008__

(iv)　　　Consent to Proceed before Magistrate Judge __~~Yes~~ No__

(v)　　　Status of settlement discussions __No progress__

**Sections vi through xi will be set at conference with the Court.**

(vi)　　　Motions

(vii)　　　Oral Argument

(viii)　　　Joint Pre-Trial Order to be submitted by

(ix)　　　~~Final Pre-Trial~~ **Settlement** Conference __with principals on May 9, 08 @ 10:30__

(x)　　　Trial

(xi)　　　Other __Refer to J. EATON for pre-trial__
　　　　　　　　__Work on settlement in Advance__

SO ORDERED: New York, New York
　　　　　　　　4/10/08

　　　　　　　　　　　　　　　　　　　　　　　　RMB
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Richard M. Berman, U.S.D.J.