USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MILES,

                        Plaintiff(s),

      -against-

MUELLER et al.,

                        Defendant(s),
------------------------------------------------------------X

08 Civ. 1477

**ORDER**

**Richard M. Berman, U.S.D.J.:**

Counsel for Plaintiff and Defendant, having appeared in Court and on the phone on May 14, 2008, and Counsel for Plaintiff and Defendant having advised the Court that the matter is settled, it is hereby

**ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within thirty (30) days of the date of this Order, counsel for Plaintiff and/or Defendant may upon good cause shown apply by letter for restoration of the action.

Dated: New York, New York
       May 14, 2008

                                                      _RMB_

                                      _____
                                      **Richard M. Berman, U.S.D.J.**